# United States District Court
## Violation Notice

CVB Location Code: MD39

**Violation Number:** 6755633
**Officer Name (Print):** Harvey
**Officer No.:** 139C

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 10:40 9/29/16
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 45 SC 3.24
**Place of Offense:** NIH 4/16+
**Offense Description/Factual Basis for Charge:** Failure to Display current valid permit
HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** Hanna
**First Name:** Brian
**M.I.:** J.

**Tag No.:** BX4234
**State:** MD
**Year:** 03
**Make/Model:** Ford
**PASS** ☐
**Color:** Brown

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 50 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 80 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___
Date (mm/dd/yyyy): ___
Time (hh:mm): ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN OCT 07, 2016 16:14

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN OCT 07, 2016 16:14